| PROB 22 (Rev. 2/88) | TRANSFER OF JURISDICTION | | DOCKET NUMBER *(Tran. Court)* 4:98CR00123 SWW |
|---|---|---|---|
| | | | DOCKET NUMBER *(Rec. Court)* 1:08CR 449 LJO |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Jesse Frank Parraz ~~306 W. Dawson~~ ~~Tulare, CA 93274~~ | DISTRICT Eastern District of Arkansas | DIVISION |
|---|---|---|
| | NAME OF SENTENCING JUDGE Susan Webber Wright | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM October 27, 2008 — TO October 26, 2012 |

OFFENSE

21 U.S.C. §§ 846 and 841(a), Possession with the intent to distribute methamphetamine

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "EASTERN DISTRICT OF ARKANSAS"

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Eastern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_12-4-08_
Date

_/s/ Susan Webber Wright_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Eastern District of California

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_Dec 23, 2008_
Effective Date

_/s/_
United States District Judge