# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### OFFICE OF THE CLERK
### 600 WEST CAPITOL AVENUE
### SUITE A-149
### LITTLE ROCK, ARKANSAS 72201-3325

JAMES W. McCORMACK  
CLERK

Criminal Docket Direct Dial (501) 604-5312  
FAX (501) 604-5321

February 3, 2009

1:08CR 449 LJO

FILED

FEB 10 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Clerk of Court  
United States District Court  
Eastern District of California  
2500 Tulare Street, Room 1501  
Fresno, California 93721

Re: Transfer of Jurisdiction - Jesse Frank Parraz  
USDC ED/AR 4:98CR00123-01 SWW

Dear Clerk:

Pursuant to the Transfer of Jurisdiction of Supervised Releasee received in the above matter, we are enclosing certified copies of the following: Transfer Order, Docket Sheet, and Judgment & Commitment.

Once the file is received from the records center, we will forward a certified copy of the Indictment to your office to complete the transfer file.

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely,

JAMES W. McCORMACK, CLERK

KCameron

By: K. Cameron  
Deputy Clerk, Criminal Docket

Enclosures

Received by _____ Date _____

USDC Eastern District of California Case No. _____

RECEIVED

FEB 10 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 4:98CR00123 SWW |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 1:08CR 449 LJO |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Jesse Frank Parraz | DISTRICT Eastern District of Arkansas | DIVISION **FILED** U.S. DISTRICT COURT EASTERN DISTRICT ARKANSAS |
| | NAME OF SENTENCING JUDGE Susan Webber Wright | FEB - 3 2009 JAMES W. McCORMACK CLERK By: _____ DEP CLERK |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM October 27, 2008 | TO October 26, 2012 |

OFFENSE

21 U.S.C. §§ 846 and 841(a), Possession with the intent to distribute methamphetamine

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "EASTERN DISTRICT OF ARKANSAS"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Eastern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.\*

\_\_12-4-08\_\_    _____
Date                  *United States District Judge*

\*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Eastern District of California

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Dec 23, 2008    _____
*Effective Date*      *United States District Judge*

RECEIVED JAN 2 1 2009 U.S. PROBATION OFFICE E. DIST OF ARK.

A TRUE COPY I CERTIFY
JAMES W. McCORMACK, CLERK
By _____ D.C.

TERMED

# U.S. District Court
## Eastern District of Arkansas (Little Rock)
## CRIMINAL DOCKET FOR CASE #: 4:98-cr-00123-SWW-1
### Internal Use Only

Case title: USA v. Parraz, et al

Date Filed: 01/01/1931
Date Terminated: 12/19/2001

Assigned to: Judge Susan Webber Wright

### Defendant (1)

**Jesse Frank Parraz**
*TERMINATED: 12/19/2001*

represented by **John Wesley Hall , Jr.**
Law Offices of John W. Hall, Jr.
1311 Broadway
Little Rock , AR 72202
(501) 371-9131
Email: forhall@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

### Pending Counts

21:846=CD.F CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE (more than 100 grams of meth) - NLT 5 yrs; NMT 40 yrs; NMT $2,000,000 + 4 yrs S R)
(1)

### Disposition

78 months imprisonment to be served concurrent to the state sentence deft is presently serving in California; deft is to receive credit for all time served in federal custody from the date of sentencing; 4 years supervised release; $100.00 assesment

### Highest Offense Level (Opening)

Felony

### Terminated Counts

None

### Disposition

A TRUE COPY. I CERTIFY
JAMES W. McCORMACK, CLERK

By [signature] D.C.

### Highest Offense Level (Terminated)

None

## Complaints

None

## Disposition

---

## Plaintiff

**United States of America**
*TERMINATED: 12/19/2001*

represented by **Robert J. Govar**
U. S. Attorney's Office - Little Rock
Eastern District of Arkansas
Post Office Box 1229
Little Rock , AR 72203-1229
(501) 340-2616
Email: bob.govar@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/15/1998 | 1 | INDICTMENT by USA Robert J. Govar. Counts filed against Jesse Frank Parraz (1) count(s) 1, Monica Rivera (2) count(s) 1, Benjamin Alejandro Reyes (3) count(s) 1, James Eugene Criswell (4) count(s) 1, 2, Johnny Lee Snow (5) count(s) 1, James Arthur Hackney (6) count(s) 1, 3 (former empl) (Entered: 07/15/1998) |
| 07/15/1998 | 2 | CASE SUMMARY warrant / summons : WARRANT request for defendant Jesse Frank Parraz, defendant Monica Rivera, defendant Benjamin Alejandro Reyes (former empl) (Entered: 07/15/1998) |
| 07/15/1998 | | ARREST Warrant (to be used as a detainer) issued for Jesse Frank Parraz, Monica Rivera, Benjamin Alejandro Reyes by Judge George Howard Jr. (former empl) (Entered: 07/15/1998) |
| 07/16/1998 | | (former empl) (Entered: 07/16/1998) |
| 08/04/1998 | 16 | Arrest Warrant returned executed as to Jesse Frank Parraz, Monica Rivera, Benjamin Alejandro Reyes 7/21/98 (former empl) (Entered: 08/04/1998) |
| 08/04/1998 | | DEFENDANT Jesse Frank Parraz, Monica Rivera, Benjamin Alejandro Reyes arrested 7/21/98 (former empl) (Entered: 08/04/1998) |
| 08/06/1998 | 17 | MINUTES: before Mag. Judge John F. Forster Jr. first appearance of Jesse Frank Parraz on arraignment; deft enters a n/g plea; Attorney John W. Hall Jr. present representing deft Parraz;jury Monday, 9/14/98 @ 9:30 am with 3-4 days estimated for trial as to Jesse Frank Parraz; 14 days allowed for pre-trial motions lej) Modified on 08/06/1998 (Entered: 08/06/1998) |
| 08/06/1998 | 18 | NOTICE jury trial Monday, 9/14/98 @ 9:30 am as to Jesse Frank Parraz lej) (Entered: 08/06/1998) |
| 08/13/1998 | 27 | ORDER by Mag. Judge John F. Forster Jr. setting conditions of release for Jesse Frank Parraz at O/R w/third party custody by Evarista Navarrette |

| | | |
|---|---|---|
| | | (rkc) (Entered: 08/13/1998) |
| 08/18/1998 | | Docket Modification (Utility Event) stopped XM excludable due to arrest of James Arthur Hackney (former empl) (Entered: 08/19/1998) |
| 08/19/1998 | 37 | RULE 40 Documents received from Eastern California as to Jesse Frank Parraz, Monica Rivera, Benjamin Alejandro Reyes (former empl) (Entered: 08/19/1998) |
| 08/19/1998 | 40 | MOTION to extend time to file motions by Jesse Frank Parraz (former empl) (Entered: 08/20/1998) |
| 08/21/1998 | 42 | RESPONSE by plaintiff USA to motion to extend time to file motions [40-1] as to Jesse Frank Parraz lej) (Entered: 08/24/1998) |
| 08/25/1998 | 48 | ITEMS OF DISCOVERY by plaintiff USA to motion for discovery [45-1], motion for discovery [43-1], motion for discovery [34-1], motion for Rule 16 discovery [13-1] lej) Modified on 08/26/1998 (Entered: 08/26/1998) |
| 09/10/1998 | 54 | ORDER by Judge George Howard Jr. granting motion to continue jury trial [53-1] [35-1] jury trial rescheduled 11/16/98 @ 9:30 a.m. as to Jesse Frank Parraz, Monica Rivera, Benjamin Alejandro Reyes, Eugene Criswell, Johnny Lee Snow, James Arthur Hackney , XT started; delay excludable pursuant to 18 USC 3161(h)(8)(A) and (h)(7) as to Jesse Frank Parraz, Monica Rivera, Benjamin Alejandro Reyes, James Eugene Criswell, Johnny Lee Snow, James Arthur Hackney granting motion to extend time to file motions [40-1]. Defts shall have until 10/15/98 to file pre-trial motions (cc: all counsel and defendants) (former empl) (Entered: 09/10/1998) |
| 10/15/1998 | 62 | MOTION to extend time to file motions by Jesse Frank Parraz lej) (Entered: 10/15/1998) |
| 11/10/1998 | 63 | MOTION to continue jury trial by Jesse Frank Parraz (former empl) (Entered: 11/10/1998) |
| 11/12/1998 | 64 | RESPONSE by defendant Monica Rivera to motion to continue jury trial [63-1] (former empl) (Entered: 11/12/1998) |
| 11/13/1998 | 65 | ORDER by Judge George Howard Jr. granting motion to continue jury trial [63-1] jury trial rescheduled December 14, 1998 @ 9:30 am as to Jesse Frank Parraz, Monica Rivera, Benjamin Alejandro Reyes, James Eugene Criswell, Johnny Lee Snow, James Arthur Hackney , and XT started; delay excludable pursuant to 18 USC 3161(h)(8)(A) and (h)(7) as to Jesse Frank Parraz, Monica Rivera, Benjamin Alejandro Reyes, James Eugene Criswell, Johnny Lee Snow, James Arthur Hackney granting motion to extend time to file motions [62-1] [60-1] as to Parraz and Rivera (cc: all counsel and defendants) (former empl) (Entered: 11/13/1998) |
| 12/10/1998 | 72 | ORDER by Judge George Howard Jr. granting motion to continue jury trial [70-1], [69-1] jury trial rescheduled 1/19/99 @ 9:30 am as to Jesse Frank Parraz, Benjamin Alejandro Reyes, James Eugene Criswell, Johnny Lee Snow, James Arthur Hackney , XT started; delay excludable pursuant to 18 USC 3161(h)(8)(A) and 3161(h)(7) as to Jesse Frank Parraz, Benjamin Alejandro Reyes, James Eugene Criswell, Johnny Lee Snow, James Arthur |

| | | |
|---|---|---|
| | | Hackney (cc: all counsel and defendants) (former empl) (Entered: 12/10/1998) |
| 01/14/1999 | 76 | MOTION to continue jury trial by USA as to Jesse Frank Parraz, Benjamin Alejandro Reyes, James Eugene Criswell, Johnny Lee Snow, James Arthur Hackney (former empl) (Entered: 01/14/1999) |
| 01/15/1999 | 77 | ORDER by Judge George Howard Jr. granting motion to continue jury trial [76-1] jury trial rescheduled 4/19/99 @ 9:30 am as to Jesse Frank Parraz, Benjamin Alejandro Reyes, James Eugene Criswell, Johnny Lee Snow, James Arthur Hackney , and XT started; delay excludable pursuant to 18 USC 3161(h)(1)(F) and (h)(8)(A) as to Jesse Frank Parraz, Benjamin Alejandro Reyes, James Eugene Criswell, Johnny Lee Snow, James Arthur Hackney (cc: all counsel and defendants) (former empl) (Entered: 01/15/1999) |
| 03/04/1999 | 85 | MOTION to continue jury trial by Jesse Frank Parraz (former empl) (Entered: 03/04/1999) |
| 03/05/1999 | 86 | RESPONSE by plaintiff USA to motion to continue jury trial [85-1] as to Jesse Frank Parraz (former empl) (Entered: 03/08/1999) |
| 03/11/1999 | 87 | ORDER by Judge George Howard Jr. granting motion to continue jury trial [85-1] jury trial rescheduled 7/26/99 @ 9:30 am and XT excludable started as to Jesse Frank Parraz, Benjamin Alejandro Reyes, James Eugene Criswell, Johnny Lee Snow, James Arthur Hackney (cc: all counsel and defendants) (former empl) (Entered: 03/11/1999) |
| 06/15/1999 | 93 | MINUTES: hrg on motion to revoke bond held before Mag. Judge John F. Forster Jr.; Bob Govar present for govt; Jerome Kearney present w/dft James Hackney; Rich McCauley present for pretrial; dft to remain on same conditions denying motion to revoke conditions of release [88-1]; ERO Cecilia Norwood (mcn) (Entered: 06/15/1999) |
| 07/20/1999 | 100 | NOTICE for a change of plea Tuesday, 7/27/99 @ 1:00 pm as to Jesse Frank Parraz lej) (Entered: 07/20/1999) |
| 07/26/1999 | 103 | MINUTES: before Judge George Howard Jr. Jesse Frank Parraz enters guilty plea to the indictment; deft to remain on OR with additional unannounced drug tests until sentencing. P. Merkel reporter (plm) (Entered: 07/27/1999) |
| 07/26/1999 | 104 | PLEA Agreement as to Jesse Frank Parraz (plm) (Entered: 07/27/1999) |
| 07/27/1999 | | Docket Modification (Utility Event) finding the motion for release of Brady materials (discovery) [61-1] moot., finding the motion for discovery [34-1] moot due to the dismissal of the defendants who filed the motions. (plm) (Entered: 07/27/1999) |
| 07/27/1999 | 115 | NOTICE of sentencing hearing 10/26/99 @ 1:00 pm as to Jesse Frank Parraz (former empl) (Entered: 07/27/1999) |
| 08/18/1999 | 120 | MOTION to revoke conditions of release by USA as to Jesse Frank Parraz (former empl) (Entered: 08/19/1999) |

| 08/25/1999 | 121 | ORDER by Judge George Howard Jr. directing the clerk to issue a warrant and deliver it to the US Marshal for service; warrant issued for Jesse Frank Parraz (cc: all counsel and defendants) (former empl) (Entered: 08/25/1999) |
|---|---|---|
| 10/08/1999 | 122 | MINUTES: sentencing held before Judge George Howard Jr. deft sentenced to 3 years probation and $100 special assessment. P. Merkel reporter (plm) (Entered: 10/12/1999) |
| 10/26/1999 | 125 | MINUTES: before Judge George Howard Jr. sentencing hearing held for defendant James Criswell. Deft sentenced to 12 months in a community confinement center with 3 years supervised release and $100 special assessment imposed. Elaine Hinson reporter (plm) (Entered: 10/27/1999) |
| 10/26/1999 | 126 | MINUTES: sentencing held before Judge George Howard Jr. Deft sentenced to 5 months BOP with 3 years supervised release. $100 special assessment imposed. Elaine Hinson reporter (plm) (Entered: 10/28/1999) |
| 12/08/1999 | 133 | PETITION for Writ of habeas corpus ad prosequendum for Jesse Frank Parraz (rkc) (Entered: 12/09/1999) |
| 12/08/1999 |  | Docket Modification (Utility Event) moving Jesse Frank Parraz to other custody location (rkc) (Entered: 08/27/2001) |
| 12/09/1999 |  | WRIT issued as to Jesse Frank Parraz for 1/27/2000 at 1:30 p.m. (rkc) (Entered: 12/09/1999) |
| 12/13/1999 | 134 | Return on WRIT unexecuted as to Jesse Frank Parraz [134-1]; prisoner location Bob Wiley Detention Facility, Visalia, CA (former empl) (Entered: 12/14/1999) |
| 12/15/1999 | 135 | MOTION for downward departure by Jesse Frank Parraz (former empl) (Entered: 12/16/1999) |
| 03/14/2000 | 139 | NOTICE of sentencing hearing 4/21/00 @ 1:15 pm as to Jesse Frank Parraz (former empl) (Entered: 03/14/2000) |
| 11/17/2000 | 153 | NOTICE of sentencing hearing 12/14/00 @ 1:30 pm as to Jesse Frank Parraz (former empl) (Entered: 11/17/2000) |
| 12/12/2000 | 154 | NOTICE of sentencing hearing 1/26/01 @ 1:00 pm as to Jesse Frank Parraz (former empl) (Entered: 12/12/2000) |
| 12/12/2000 | 155 | MINUTES: revocation hearing held before Judge George Howard Jr. After hearing the statements by Mr. Lasker, Mr. Wirtz, defendant, counsel and the USPO, the Court continues the hearing unitl 7/26/01 at 1:30 p.m. P. Merkel reporter (plm) (Entered: 12/12/2000) |
| 12/19/2000 | 157 | PETITION for Writ of Habeas Corpus Ad Prosequendum for Jesse Frank Parraz (former empl) (Entered: 12/19/2000) |
| 12/19/2000 |  | WRIT issued as to Jesse Frank Parraz for sentencing on 1/26/01 @ 1:00 pm (former empl) (Entered: 12/19/2000) |
| 01/03/2001 | 158 | Return on WRIT unexec. as to Jesse Frank Parraz [158-1] (rkc) (Entered: 01/03/2001) |

| 07/26/2001 | 161 | MINUTES: revocation hearing held before Judge George Howard Jr. Court continues the hearing until 9/4/01 at 1:30 p.m. to allow the defendant to show that he can comply with the conditions of his release. P. Merkel reporter, J. Murphy USPO, Mary Ann Rawls CRD (plm) (Entered: 07/27/2001) |
|---|---|---|
| 11/02/2001 | 169 | NOTICE of sentencing hearing Friday, 11/09/01 at 2:00 p.m. as to Jesse Frank Parraz before Judge George Howard Jr. (cdw) (Entered: 11/02/2001) |
| 11/09/2001 | 171 | MINUTES: defendant Parraz appeared before Judge George Howard Jr. for sentencing. The Court continues the sentencing until 11/19/01 at 1:30 p.m. to all the probation office to determine the status of the defendant's charges in CA. Deft to remain in custody of USM. P. Merkel reporter (plm) (Entered: 11/09/2001) |
| 11/13/2001 | 172 | TRANSCRIPT (1 volumes) of proceedings for the following date(s): 11/13/01 (chg. of plea proceedings before Judge Howard) (rkc) (Entered: 11/13/2001) |
| 11/13/2001 | 173 | NOTICE of sentencing hearing Mon. 11/19/01 at 1:30 p.m. as to Jesse Frank Parraz before Judge George Howard Jr. (rkc) (Entered: 11/13/2001) |
| 11/13/2001 | 174 | RULE 40 Documents received from Eastern California as to Jesse Frank Parraz (rkc) (Entered: 11/14/2001) |
| 11/13/2001 | 175 | CJA Form 23 (Financial Affidavit) as to Jesse Frank Parraz (rkc) (Entered: 11/14/2001) |
| 11/13/2001 | 176 | ORDER of Detention pending Trial of Jesse Frank Parraz by Mag. Judge Dennis L. Beck (rkc) (Entered: 11/14/2001) |
| 11/19/2001 | 177 | MINUTES: Defendant Parraz sentenced before Judge George Howard Jr. denying motion for downward departure [135-1], finding the motion to revoke conditions of release [120-1] moot as the defendant is in the custody of the State of California. Deft sentenced to 92 months BOP with 4 years supervised rlease to follow. $100 special assessment imposed. P. Merkel reporter (plm) (Entered: 11/26/2001) |
| 12/04/2001 | 178 | ARREST Warrant returned executed as to Jesse Frank Parraz 10/22/01 (cdw) (Entered: 12/04/2001) |
| 12/19/2001 | 179 | JUDGMENT and Commitment by Judge George Howard Jr. issued to U.S. Marshal sentencing Jesse Frank Parraz (1) count(s) 1 to 78 mos. imprisonment; 4 yrs. supervised release; $100.00 assessment (cc: all counsel) (rkc) (Entered: 12/19/2001) |
| 12/19/2001 | 180 | PRESENTENCE Report on Jesse Frank Parraz (original sealed and placed in a vault). (rkc) (Entered: 12/19/2001) |
| 09/03/2002 | 189 | ORDER by Judge George Howard Jr. directing deft Jesse Parraz to file a pleading, within 20 days of the file-date of this Order, advising the Court whether he wants the Court to have the attached letter received by the Court on 08/29/02, considered and ruled on as a 28:2255 motion; should deft Parraz not respond, the Court will take no further action on the letter (cc: all |

| | | counsel and defendants) (cdw) (Entered: 09/03/2002) |
|---|---|---|
| 10/23/2002 | | Docket Modification (Utility Event) finding the motion for discovery [186-1] moot due to dismissal of motion to revoke supervised release of deft Hackney (cdw) (Entered: 10/23/2002) |
| 12/23/2002 | 193 | MOTION for order to amend judgment to provide for concurrent time to California State Court judgment by Jesse Frank Parraz (rkc) (Entered: 12/23/2002) |
| 01/03/2003 | 194 | ORDER by Judge George Howard Jr. granting motion for order to amend judgment to provide for concurrent time to California State Court judgment [193-1]; sentencing Jesse Frank Parraz (1) count(s) 1 to 78 months imprisonment to be served concurrent to the state sentence deft is presently serving in California; 4 years supervised release; $100.00 assessment (cc: all counsel and defendants) (cdw) (Entered: 01/06/2003) |
| 01/13/2003 | 195 | AMENDED ORDER by Judge George Howard Jr. granting motion for order to amend judgment to provide for concurrent time to California State Court judgment [193-1]; sentencing Jesse Frank Parraz (1) count(s) 1 to 78 months imprisonment to be served concurrent to the state sentence deft is presently serving in California; deft is to receive credit for all time served in federal custody from the date of sentencing; 4 years supervised release; $100.00 assessment (cc: all counsel and defendants) (cdw) (Entered: 01/13/2003) |
| 10/15/2008 | 196 | ORDER REASSIGNING CASE to Judge Susan Webber Wright. (bfw) (Entered: 10/15/2008) |
| 10/16/2008 | 197 | ORDER as to Jesse Frank Parraz. Signed by Judge Susan Webber Wright on 10/16/2008. (kbc) (Entered: 10/16/2008) |
| 10/16/2008 | 198 | (Court only) CERTIFICATE OF MAILING by the Clerk re 197 Order as to Jesse Frank Parraz. (kbc) (Entered: 10/16/2008) |
| 12/04/2008 | 199 | ORDER Modifying Conditions of Release with Consent of Offender Jesse Frank Parraz. Signed by Judge Susan Webber Wright on 12/4/2008. (kbc) (Entered: 12/05/2008) |

AO 245B (Rev. 3/01) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

| EASTERN | District of | ARKANSAS |
|---|---|---|

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For Offenses Committed On or After November 1, 1987) |
| JESSE FRANK PARRAZ | Case Number: 4:98CR00123-01 GH |
| | JOHN W. HALL JR. |
| | Defendant's Attorney |

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
DEC 19 2001
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

**THE DEFENDANT:**

X   pleaded guilty to count(s)   1

☐   pleaded nolo contendere to count(s) _____ which was accepted by the court.

☐   was found guilty on count(s) _____ after a plea of not guilty.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 U.S.C. 846 and 841(a) | Possession with the Intent to Distribute Methamphetamine, a Class B Felony | 06/19/98 | 1 |

The defendant is sentenced as provided in pages 2 through   6   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐   The defendant has been found not guilty on count(s) _____

☐   Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: 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

Defendant's Date of Birth: 01/25/1967

Defendant's USM No.: 58481-097

Defendant's Residence Address:

24565 Avenue 82

Terra Bella, CA 93270

Defendant's Mailing Address:

same as above

ENTERED ON THE DOCKET IN ACCORDANCE WITH RULE 55, FRCrP ON 12/19/01
BY RC

November 19, 2001
Date of Imposition of Judgment

*George Howard, Jr.*
Signature of Judicial Officer

GEORGE HOWARD JR., U.S. DISTRICT JUDGE
Name and Title of Judicial Officer

December 18, 2001
Date

A TRUE COPY I CERTIFY
JAMES W. McCORMACK, CLERK
By _____ D.C.

17C

AO 245B   (Rev. 3/01) Judgment in Criminal Case
Sheet 2 — Imprisonment

DEFENDANT: JESSE FRANK PARRAZ
CASE NUMBER: 4:98CR00123-01 GH

Judgment — Page 2 of 6

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of __78 months__.

X   The court makes the following recommendations to the Bureau of Prisons:
The Court recommends that the defendant participate in mental health counseling, educational and vocational training, nonresidential substance abuse treatment while incarcerated.

X   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

☐   at _____ ☐ a.m. ☐ p.m. on _____

☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐   before 2 p.m. on _____

☐   as notified by the United States Marshal.

☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B   (Rev. 3/01) Judgment in a Criminal Case
Sheet 3 — Supervised Release

Judgment—Page  3  of  6

DEFENDANT: JESSE FRANK PARRAZ
CASE NUMBER: 4:98CR00123-01 GH

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term   4 years

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from t custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 day: of release from imprisonment and at least two periodic drug tests thereafter.

☐   The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse.

X   The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any st fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payme set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall a comply with the additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five day: each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or ot acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement offi

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without permission of the court;

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's crim record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm defendant's compliance with such notification requirement.

AO 245B  (Rev. 3/01) Judgment in a Criminal Case
        Sheet 3C — Supervised Release

Judgment—Page 4 of 6

DEFENDANT:     JESSE FRANK PARRAZ
CASE NUMBER:   4:98CR00123-01 GH

## SPECIAL CONDITIONS OF SUPERVISION

1. Defendant shall participate, if deemed necessary by the probation officer, in a substance abuse treatment program which may include testing, outpatient counseling and/or residential treatment and shall abstain from the use of alcohol throughout the course of any treatment.

2. Supervised release is to be administered by the district where the defendant is a legal resident and/or the district where a suitable release plan has been developed.

AO 245B (Rev. 3/01) Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

Judgment — Page  5  of  6

DEFENDANT: JESSE FRANK PARRAZ
CASE NUMBER: 4:98CR00123-01 GH

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 100.00 | $ 0 | $ 0 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid full prior to the United States receiving payment.

| Name of Payee | *Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| **TOTALS** | $ | $ | |

☐ If applicable, restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

   ☐ the interest requirement is waived for the   ☐ fine and/or   ☐ restitution.

   ☐ the interest requirement for the   ☐ fine and/or   ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offense committed on or after September 13, 1994 but before April 23, 1996.

AO 245B  (Rev. 3/01) Judgment in a Criminal Case
Sheet 6 — Criminal Monetary Penalties

| | |
|---|---|
| DEFENDANT: JESSE FRANK PARRAZ | Judgment — Page 6 of 6 |
| CASE NUMBER: 4:98CR00123-01 GH | |

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A  X  Lump sum payment of $ __0__ due immediately, balance due

  ☐ not later than _____ , or
  ☐ in accordance with  ☐ C,  ☐ D, or  X  E below; or

B  ☐  Payment to begin immediately (may be combined with  ☐ C,  ☐ D, or  ☐ E below); or

C  ☐  Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D  ☐  Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E  X  Special instructions regarding the payment of criminal monetary penalties:

  Payments on the special assessment will be made in installments to begin when the defendant begins his incarceration for this federal charge.

Unless the court has expressly ordered otherwise in the special instruction above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States attorney.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

  Defendant Name, Case Number, and Joint and Several Amount:

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest (7) penalties, and (8) costs, including cost of prosecution and court costs.

F I L E   C O P Y

bc

UNITED STATES DISTRICT COURT
Eastern District of Arkansas
U.S. Court House
600 West Capitol, Suite 402
Little Rock, Arkansas 72201-3325

December 19, 2001

\* \* MAILING CERTIFICATE OF CLERK \* \*

Re:   4:98-cr-00123.

True and correct copies of the attached were mailed by the clerk to the following: USPO, USM, CRD, FINANCIAL, POST

    John W. Hall Jr., Esq.
    Attorney at Law
    523 West Third Street
    Little Rock, AR   72201-2309

    Robert J. Govar, Esq.
    U. S. Attorney's Office
    Eastern District of Arkansas
    425 West Capitol Avenue, Suite 500
    Post Office Box 1229
    Little Rock, AR   72203-1229

James W. McCormack, Clerk

Date:  12/19/01                    BY: RCarlan